■ In the Matter of the Claim of EDMUND PROVOST, JR., Respondent, v MONTGOMERY WARD & Co., Appellant. WORKERS' COMPENSATION BOARD, Respondent.—Appeal from a decision of the Workers' Compensation Board, filed April 25, 1977. The board found that based on the medical evidence, "the claimant has a continuing causally related disability." This finding is supported by substantial evidence. Decision affirmed, with costs to the Workers' Compensation Board against the employer. Mahoney, P. J., Greenblott, Sweeney, Main and Larkin, JJ., concur.